**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DONALD WHITE and           )
VICKIE HUMPHREY,          )
                                 )
      Plaintiffs,           )     CIVIL ACTION FILE
                                 )     NO.: 1:11-cv-00929-HTW
v.                          )
                                 )
UNITED DOMINION REALTY     )
TRUST, INC., WESTDALE ASSET   )
MANAGEMENT, INC. (L.P.); and    )
DOES 1-5,                   )
                                 )
      Defendants.         )

**<u>DEFENDANT WESTDALE ASSET MANAGEMENT, LTD.'S
CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT</u>**

(1)     The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

     (a)    Westdale Asset Management, Ltd. (Defendant)

     (b)    JGB Ventures I, Ltd. (10% owner of Westdale Asset Management, Ltd.)

(c)     Westdale Properties America, Inc. (90% owner of Westdale

Asset Management, Ltd.)

(d)     Donald White (Plaintiff)

(e)     Vickie Humphrey (Plaintiff)

(2)     The undersigned further certifies that the following is a full and
complete list of all other persons, associations, firms, partnerships, or corporations
having either a financial interest in or other interest which could be substantially
affected by the outcome of this particular case:

(a)     Westdale GACO Properties, LLC

(b)     XL Insurance

(c)     Indian Harbor Insurance Company

(3)     The undersigned further certifies that the following is a full and
complete list of all persons serving as attorneys for the parties in this proceeding:

(a)     J. Mike Williams, Esq.; Justin D. Kreindel, Esq. (Fowler, Hein,

Cheatwood  & Williams, P.A.) – Attorneys for Defendant

Westdale Asset Management, Ltd.

(b)     Jeffrey Barnes, Esq. – Attorney for Plaintiff.


**[ Signature of Counsel to follow on next page ]**

Respectfully submitted this 25th day of April, 2011.

**Fowler, Hein, Cheatwood & Williams, P.A.**

/s/ J. Mike Williams, Esq.
J. Mike Williams
State Bar No. 765209

/s/ Justin D. Kreindel, Esq.
Justin D. Kreindel
State Bar No. 550128
*Counsel for Defendants*

2970 Clairmont Road,
Park Central, Suite 220
Atlanta, Georgia  30329
(404) 633-5114
Fax: (404) 325-9721
Email: jkreindel@apartmentlaw.com
        jmike@apartmentlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| DONALD WHITE and | ) | |
| VICKIE HUMPHREY, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE |
| | ) | NO.: 1:11-cv-00929-HTW |
| v. | ) | |
| | ) | |
| UNITED DOMINION REALTY | ) | |
| TRUST, INC., WESTDALE ASSET | ) | |
| MANAGEMENT, INC. (L.P.); and | ) | |
| DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on April 25, 2011, I electronically filed the

**DEFENDANT WESTDALE ASSET MANAGEMENT, LTD.'S**

**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE**

**DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF

system which will automatically send e-mail notification of such filing to the

following attorneys of record:

> Jeffrey Barnes, Esq.
> Barnes Firm, LLP
> 990 Hammond Drive, Ste. 1150
> Atlanta, GA 30328

**[ Signature of Counsel to follow on next page ]**

- 4 -

Respectfully submitted this 25th day of April, 2011.

**Fowler, Hein, Cheatwood
& Williams, P.A.**

/s/ J. Mike Williams, Esq.
J. Mike Williams
State Bar No. 765209

/s/ Justin D. Kreindel, Esq.
Justin D. Kreindel
State Bar No. 550128
*Counsel for Defendant*
*Westdale Asset Management, Ltd.*

2970 Clairmont Road,
Park Central, Suite 220
Atlanta, Georgia  30329
(404) 633-5114
Fax: (404) 325-9721
Email: jkreindel@apartmentlaw.com
         jmike@apartmentlaw.com

## <u>LOCAL RULE 7.1(D) CERTIFICATION</u>

The undersigned counsel hereby certifies that the foregoing has been prepared in accordance with one of the font (Times New Roman) and point selections (14 pt) approved by the Court in Local Rule 5.1(B) and (C).

Respectfully submitted, this 25th day of April, 2011.

<u>/s/ J. Mike Williams</u>
J. Mike Williams, Esq.
*Attorney for Defendant*